UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAYNE S. SMITH, | ) | CIV. 11-4001-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION |
| | ) | FOR TEMPORARY |
| CHRIS NELSON in his official | ) | RESTRAINING ORDER AND |
| capacity as Secretary of State of | ) | SCHEDULING HEARING |
| South Dakota, MIKE MILSTEAD | ) | |
| in his official capacity as | ) | |
| Minnehaha County Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

The court has received a complaint and motion for temporary restraining order or preliminary injunction. Plaintiff initially requests this court to issue a temporary restraining order. Plaintiff seeks both temporary and permanent injunctive relief. D.S.D. LR 65.1 provides, "In all cases wherein a party seeks both a preliminary and permanent injunction, the matters shall be deemed consolidated for trial unless otherwise specifically ordered by the court." Accordingly, it is

ORDERED that plaintiff's request for a temporary and permanent injunction is consolidated for trial. Plaintiff's'motion for a temporary restraining order is denied.

IT IS FURTHER ORDERED that an evidentiary hearing is scheduled for **Thursday, January 27, 2011, at 9:00 a.m.**

Dated January 3, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE