UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAYNE S. SMITH, | ) | CIV. 11-4001-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER DENYING AS MOOT |
| STATE OF SOUTH DAKOTA; | ) | MOTION TO DISMISS GANT |
| JASON GANT in his official | ) | IN HIS PERSONAL CAPACITY |
| capacity as Secretary of State of | ) | |
| South Dakota; | ) | |
| CHRIS NELSON in his personal | ) | |
| capacity, former Secretary of | ) | |
| State; | ) | |
| MIKE MILSTEAD in his personal | ) | |
| and official capacity as | ) | |
| Minnehaha County Sheriff, | ) | |
| DEPUTY SHERIFF JEFF | ) | |
| GROMER in his personal and | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants State of South Dakota and Gant move to dismiss any claims against Gant in his personal capacity. After discovering that Gant has not been sued in his personal capacity, defendants have withdrawn their motion. Docket 53 at 2. It is

ORDERED that defendants' motion to dismiss any claims against Gant in his personal capacity (Docket 38) is denied as moot.

Dated March 16, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE